JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMANTHA SABAITE, Plaintiff, v. TKS RESTAURANTS, LLC, et al., Defendants. | Case No. CV 26-7985 FMO (AJRx) **ORDER REMANDING ACTION TO STATE COURT** |

On July 21, 2026, defendant Olympia Food Industries, Inc. ("Olympia Foods" or "defendant") removed this action to federal court. (See Dkt. 1, Notice of Removal ("NOR")). On July 27, 2026, Olympia Foods filed a Notice of Withdrawal of Case ("Notice") withdrawing its NOR and asserting that "[s]ubsequent to the filing of the [NOR], Olympia Foods learned new information bearing on whether complete diversity exists in this action. In light of that information, Olympia Foods . . . no longer contends that this Court has diversity jurisdiction under 28 U.S.C. § 1332(a)." (See id. at ¶¶ 3-4). Olympia Foods requests that this action be remanded to state court. (See id. at ¶ 5). Accordingly, because the court appears to lack subject matter jurisdiction, the above-referenced action shall be **remanded** to the Superior Court of the State of California, County of Los Angeles, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c). The Clerk shall send a certified copy of this Order to the state court.

Dated this 31st day of July, 2026.

/s/
Fernando M. Olguin
United States District Judge